## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DORIS DAVIS,**                                                          **PLAINTIFF**

**V.**                              **NO. 3:05CV00288-BD**

**LINDA S. McMAHON,**
**Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**


## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and

adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint

is dismissed with prejudice.

IT IS SO ORDERED this 14th day of February, 2007.

_____
U. S. MAGISTRATE JUDGE